☛ ORIGINAL

*JUDGE STEIN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

    - v. -                           :       NOTICE OF INTENT TO
                                             FILE AN INFORMATION
DAVID JUN HUANG,                     :

           Defendant.            :

                          :       **07 CRIM. 340**
- - - - - - - - - - - - - - - - - x


      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
          April 10, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

           By:    /s/ Joshua Klein
                  Joshua Klein
                  Assistant United States Attorney


                AGREED AND CONSENTED TO:

           By:    /s/ Harry Rimm    4/11/07
                  Harry Rimm, Esq.
                  Attorney for DAVID JUN HUANG

4/13/07 WHEEL A