*Judge Stein* [stamp]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **07CRIM. 340** |
| v. | : | |
| DAVID JUN HUANG, | : | 07 Cr. |
| Defendant. | : | |

------------------------------X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
~~Witness~~ Counsel

_____
~~Counsel for Defendant~~ Witness

Date:  New York, New York
       April 23, 2007

APR 2 3 2007

0202

Count 42
4/23/07