# ANDERSON KILL & OLICK, P.C.

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com



Attorneys and Counselors at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07

Harry H. Rimm
hrimm@andersonkill.com
(212) 278-1553

VIA FACSIMILE

April 18, 2007

Honorable Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312



    Re:   **United States v. David Jun Huang: 06-mj-1206**

Dear Judge Stein:

    I am court-appointed CJA counsel for defendant David Jun Huang.

    I was advised on Monday, April 16, 2007 that this matter has been assigned to Your Honor. Mr. Huang is presently scheduled to appear before Your Honor on Monday, April 23, 2007 at 4:45 p.m. in order to be arraigned and plead guilty.

    In connection with our scheduled appearance next week, I write to raise one issue for the Court's consideration. Mr. Huang's travel is currently confined to the Southern and Eastern Districts of New York. Mr. Huang would like to have this travel restriction modified and seeks permission to travel freely throughout New York, New Jersey and Connecticut. We respectfully request that Your Honor modify Mr. Huang's travel restriction as requested. Pretrial Services Officer Clay Smith and AUSA Josh Klein have no objection to this request.

Respectfully submitted,

Harry H. Rimm

4/23/07
So ordered

cc:   (Via Facsimile)
      Clay Smith, Pretrial Services
      Josh Klein, Esq.

NYDOCS1-858674.1

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.