

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Harry H. Rimm
(212) 278-1553
hrimm@andersonkill.com

**VIA FACSIMILE**                    May 30, 2007



Honorable Sidney H. Stein
United States District Judge      MEMO ENDORSED
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: **United States v. David Jun Huang: 07-CR-340 (SHS)**

Dear Judge Stein:

I am counsel for defendant David Jun Huang, who is presently scheduled for sentencing before Your Honor on Thursday, June 7, 2007.

As of this afternoon, I have not yet received a copy of Mr. Huang's Presentence Report. In addition, I am traveling out of town this evening on business and will not return to my office until Monday, June 4, 2007. For these reasons, and given my deposition schedule during the remainder of June, I respectfully request that Mr. Huang's sentencing be rescheduled to any day in July.

Counsel for the government has been out of the office yesterday and today, and I have been unable to seek his consent to my request.

Respectfully submitted,

*[handwritten endorsement:]* Defense sentencing submission by 7/19/07, Gov't response by 7/24/07. The sentencing is adjourned to 7/26/07, at 12:00pm.

Harry H. Rimm

cc: Josh Klein, Esq.   (Via Facsimile)

SO ORDERED 5/31/07

SIDNEY H. STEIN
U.S.D.J.

NYDOCS1-862923.1

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.